IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO POBLADOR AGNER,

    Petitioner,

vs.

A.R. GONZALES, et al.,

    Respondents.

No. CIV S-06-1851 FCD KJM P

1: 06 - CV - 1 1 1 0 OWW LJO HC

ORDER

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. In his application, petitioner asserts that he is being detained in Kern County. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

    As provided by Local Rule 3-120(f), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

/////

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This action is transferred to the United States District Court for the Eastern
3 | District of California sitting in Fresno; and
4 | 2. All future filings shall reference the new Fresno case number assigned and
5 | shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: August 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
agne1851.109